**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

REX S. GUNTHER,                    )
                                   )
    *Plaintiff,*                    )
                                   )
                                   )
v.                                 )
                                   )
                                   )    No. 4:26-cv-00906-JMD
FRANK CARLSON                      )
                                   )
    *Defendant.*                    )
                                   )
                                   )
                                   )

## MEMORANDUM AND ORDER

This matter is before the Court upon review of self-represented Plaintiff Rex Gunther's correspondence received by this Court on June 10, 2026 [ECF 1], which the Court construes as a civil rights complaint under 42 U.S.C. § 1983.  The Complaint is defective because it has not been drafted on a Court-provided form.  *See* E.D. Mo. L.R. 2.06(A) ("All actions brought by self-represented plaintiffs . . . should be filed on Court-provided forms").

**IT IS HEREBY ORDERED** that the Clerk is directed to mail Plaintiff a copy of the Court's Prisoner Civil Rights Complaint form.  **IT IS FURTHER ORDERED** that Plaintiff must file an Amended Complaint on the Court-provided form within twenty-one (21) days of the date of this Order. **IT IS FURTHER ORDERED** that if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice to Plaintiff.

Dated this 16th day of June, 2026

_____
JOSHUA M. DIVINE
UNITED STATES DISTRICT JUDGE
FOR THE EASTERN AND WESTERN
DISTRICTS OF MISSOURI

1