**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

REX S. GUNTHER,

    *Plaintiff,*

v.

FRANK CARLSON

    *Defendant.*

)
)
)
)
)
)
)
)
)
)
)
)
)

No. 4:26-cv-00906-JMD

## MEMORANDUM AND ORDER

On June 16, 2026, the Court directed Gunther to file an amended complaint within twenty-one days on the Court-provided self-represented plaintiff form. *See* E.D. Mo. L.R. 2.06(A) ("All actions brought by self-represented plaintiffs . . . should be filed on Court-provided forms"). The Court warned Gunther that failure to comply would result in dismissal without prejudice.

As of this date, Gunther has not complied with the Court's order. Gunther's self-represented status does not eliminate his obligation to follow court orders, the Federal Rules of Civil Procedure, or this Court's Local Rules. *Burgs v. Sissel*, 745 F.2d 526, 528 (8th Cir. 1984) ("Although pro se pleadings are to be construed liberally, pro se litigants are not excused from failing to comply with substantive and procedural law.").

The Court gave Gunther clear instructions and ample opportunity for compliance. He nevertheless failed to file an amended complaint as ordered. Accordingly, the Court finds that dismissal is warranted under Federal Rule of Civil Procedure 41(b) for failure to comply with a court order.

1

Accordingly, **IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice under Rule 41(b).  A separate Order of Dismissal accompanies this Memorandum and Order.

Dated this 13th day of July, 2026

_____
JOSHUA M. DIVINE
UNITED STATES DISTRICT JUDGE
FOR THE EASTERN AND WESTERN
DISTRICTS OF MISSOURI